IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 22-CR-86 |
| | Honorable Robert J. Colville |
| CHARLES HUNTER HOBSON | |

## **JOINT STATUS REPORT**

AND NOW comes the United States of America and Charles Hunter Hobson, through undersigned counsel, and hereby state as follows:

1. The parties submit this Joint Status Report pursuant to the Court's March 6, 2025 and April 11, 2025 orders (Dkt. Nos. 102, 106).

2. On April 11, 2025, the United States filed its Notice of Authorization to Proceed and Motion for Status Conference, advising that "the Government has completed its detailed review of the instant case as contemplated by Executive Order 14209, 90 Fed. Reg. 9587 (Feb. 10, 2025), and intends to proceed to trial." Dkt. No. 105.  Therein the United States requested a status conference to set the date for trial of this matter, and the Court issued an Order that same day, noting its "intent to address the same during the telephonic status conference scheduled for Tuesday, May 6, 2025." Dkt. No. 106.

3. On April 22, 2025, undersigned counsel for the United States requested a meeting with counsel for defendant Hobson to discuss potential trial dates.  On April 23, 2025, during said call, defendant Hobson relayed his position that "given the landscape of FCPA matters at this time, this case is not ready for trial."

4. The United States remains ready to proceed to trial in this matter and maintains its request to set a trial date.

                                                  Respectfully submitted,

| | |
|---|---|
| *s/ Richard Gaines* | TROY RIVETTI |
| Richard L. Gaines | ACTING UNITED STATES ATTORNEY |
| BPR No. 015462 | |
| 625 Market St., Ste. 900 | |
| Knoxville, TN 37902 | *s/ Nicole A. Stockey* |
| 865/248-2468 | Nicole A. Stockey |
| RichardLGaines@gmail.com | Assistant United States Attorney |
| | PA ID No. 306955 |
| Jim Price | |
| BPR No. 016254 | United States Attorney's Office |
| Lacy, Price & Wagner P.C. | 700 Grant Street |
| 249 N. Peters Rd., Ste. 101 | Suite 4000 |
| Knoxville, TN 37923 | Pittsburgh, PA 15219 |
| 865/246-0800 (o) | |
| 865/567-3039 (c) | |
| 865/690-8199 (f) | |
| jprice@lpwpc.com | |
| | LORINDA I. LARYEA |
| | ACTING CHIEF, CRIMINAL DIVISION |
| | FRAUD SECTION |
| | |
| | *s/ Natalie R. Kanerva* |
| | Natalie R. Kanerva |
| | Ligia Markman |
| | Trial Attorneys |
| | |
| | William E. Schurmann |
| | Assistant Chief |
| | |
| | U.S. Department of Justice |
| | Criminal Division, Fraud Section |
| | 1400 New York Avenue, NW |
| | Washington, DC 20005 |