IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 2:22-CR-86 |
| CHARLES HUNTER HOBSON | |

**<u>VERDICT FORM</u>**

We the Jury, following due deliberation in the above matter, unanimously return the following verdict:

1. As to Count 1, charging Defendant Charles Hunter Hobson with conspiring to violate the Foreign Corrupt Practices Act, in violation of Title 18, United States Code, Section 371:

    We the Jury find the Defendant Charles Hunter Hobson:

    ___✓___ Guilty         _____ Not Guilty

2. As to Count 2, charging Defendant Charles Hunter Hobson with violating the Foreign Corrupt Practices Act (Title 18, United States Code, Section 78dd-2):

    We the Jury find the Defendant Charles Hunter Hobson:

    ___✓___ Guilty         _____ Not Guilty

3. As to Count 3, charging Defendant Charles Hunter Hobson with violating the Foreign Corrupt Practices Act (Title 18, United States Code, Section 78dd-2):

    We the Jury find the Defendant Charles Hunter Hobson:

    ___✓___ Guilty         _____ Not Guilty

4. As to Count 4, charging Defendant Charles Hunter Hobson with conspiring to commit money laundering, in violation of Title 18, United States Code, Section 1956(h):

   We the Jury find the Defendant Charles Hunter Hobson:

   ____✓____ Guilty        _____ Not Guilty

5. As to Count 5, charging Defendant Charles Hunter Hobson with money laundering, in violation of Title 18, United States Code, Section 1956(a)(2)(A):

   We the Jury find the Defendant Charles Hunter Hobson:

   ____✓____ Guilty        _____ Not Guilty

6. As to Count 6, charging Defendant Charles Hunter Hobson with money laundering, in violation of Title 18, United States Code, Section 1956(a)(2)(A):

   We the Jury find the Defendant Charles Hunter Hobson:

   ____✓____ Guilty        _____ Not Guilty

7. As to Count 7, charging Charles Hunter Hobson with conspiracy to commit wire fraud, in violation of Title 18, United States Code, Section 1349:

   We the Jury find the Defendant Charles Hunter Hobson:

   ____✓____ Guilty        _____ Not Guilty

Dated: 2/18/26
Pittsburgh, Pennsylvania

[Signature]
Foreperson